840    In re Estate of Ferdinand E. Marcos Human Rights ~~Assets Dispute~~ Litigation

| Date | No. | Description |
|---|---|---|
| 90/02/27 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-5), CERT. OF SERVICE -- filed by pltfs. Fluellen M. Ortigas, et al. and Vincente Clemente, et al. -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA or S.D. NEW YORK  (cds) |
| 90/03/12 |  | APPEARANCES: ROBERT SWIFT, ESQ. for Maximo Hilao, et al.; PAUL HOFFMAN, ESQ. for Jose Maria Sison, et al.; RANDALL SCARLETT, ESQ. for Fluellen M. Ortigas, et al. and Vincente Clemente, et al.; and RICHARD HIBEY, ESQ. for Estate of Ferdinand E. Marcos; SHERRY P. BRODER, ESQ. for Agapita Trajano, etc.  (cds) |
| 90/03/15 | 2 | REQUEST FOR EXTENSION OF TIME TO FILED RESPONSE (to pldg. #1) w/cert. of svc. -- filed by deft. Estate of Ferdinand E. Marcos -- **NO EXENTSION NECESSARY (ACTION NOT INCLUDED IN MOTION)** -- Notified involved counsel  (ds) |
| 90/03/19 | 3 | RESPONSE (to pldg. #1) -- deft. Estate of Ferdinand E. Marcos w/cert. of svc.  (ds) |
| 90/03/20 | 4 | RESPONSE (to pldg. #1) -- pltfs. Jose Maria Sison, et al. w/cert. of svc.  (ds) |
| 90/03/20 | 5 | RESPONSE (to pldg. #1) -- pltfs. Hilao, DeVara and Trajano w/Exhibits A ad B and cert. of svc.  (ds) |
| 90/04/09 |  | **HEARING ORDER** -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/05/30 |  | HEARING APPEARANCES -- RANDALL H. SCARLETT, ESQ. for Fluellen Ortigas & Vincente Clemente; ROBERT A. SWIFT, ESQ. for Maximo Hilao, et al., Florentino Sisan, et al., Adora Taye de Vara, et al., and Agapita Trajano, et al.; RICHARD A. HIBEY, ESQ. for The Estate sof Ferdinand Marcos  (ds) |
| 90/05/30 |  | WAIVER OF ORAL ARGUMENT -- Agapita Trajano (ds) |
| 90/09/05 |  | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to the Honorable Manuel L. Real (C.D. Cal.) sitting in the District of Hawaii  (cdm) |
| 90/09/05 |  | TRANSFER ORDER -- transferring A-4 and A-5 to the District of Hawaii for assignment to the Honorable Manuel L. Real (from C.D. Cal.) -- notified involved judges, clerks, counsel, miscellaneous recipients and Panel judges ~~(cdm)~~ -- MDL caption changed, footnote 1 in this order  (cdm) |

JPML Form 1
Revised: 8/78

DOCKET NO. 840 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Estate of Ferdinand E. Marcos ~~Assets-Dispute~~ Human Rights Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/31/90 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Sept. 5, 1990 | TO | Unpublished | D. Hawaii | Manuel L. Real | C.D. California |

*Rosemary Smith* FTS 551-1300

Special Transferee Information

DATE CLOSED: 2/3/95

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Human Rights

DOCKET NO. 840 -- In re Estate of Ferdinand E. Marcos ~~Assets-Dispute~~ Litigation

D. HAWAII
MANUEL L. REAL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Maximo Hilao, et al. v. Ferdinand E. Marcos | Hawaii Fong | 86-390 | | | | |
| A-2 | Florentina Sison, et al. v. Ferdinand E. Marcos, et al. | Hawaii Fong | 86-0225 | | | | |
| A-3 | Agapita Trajano, etc. v. Ferdinand Marcos, et al. | Hawaii Fong | 86-0207 | | | | |
| A-4 | Fluellen M. Ortigas, et al. v. Ferdinand Marcos | Cal.,N. Williams | C-86-0975 | | 90-0670 | | |
| A-5 | Vincente Clemente, et al. v. Ferdinand Marcos, et al. | Cal.,N. Williams | C-86-1449 | | 90-0671 | | |
| XYZ-6 | Jaime S. Piopongco v. Ferdinand E. Marcos | Hawaii Real | 87-138 | | | | |
| XYZ-7 | Adora Faye Devara v. Ferdinand E. Marcos, et al. | Hawaii Real | 86-333 | | | | |

*[handwritten: July 1992 - Same]*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 840 -- In re Estate of Ferdinand E. Marcos Human Rights ~~Assets Dispute~~ Litigation

---

MAXIMO HILAO, ET AL. (A-1)
Robert A. Swift, Esq.
Kohn, Savett, Klein & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA  19107

JOSE MARIA SISON, ET AL. (A-2)
✓ Paul Hoffman, Esq.
ACLU Foundation of Southern California
633 South Shatto Place
Los Angeles, CA  90005

AGAPITA TRAJANO, ETC. (A-3)

Sherry P. Broder, Esq.
Ocean View Center
Penthouse 3
707 Richard St.
Honolulu, HI  96813

FLUELLEN M. ORTIGAS, ET AL. (A-4)
VICENTE CLEMENTE, ET AL. (A-5)
✓ Randall H. Scarlett, Esq.
Belli, Belli, Brown, Monzione,
  Fabbro & Zakaria
574 Pacific Avenue
San Francisco, CA  94133

---

THE ESTATE OF FERDINAND E. MARCOS
✓ James Paul Linn, Esq.
Lin & Helms
1200 Bank of Oklahoma Plaza
Oklahoma City, Oklahoma  73102

UNABLE TO DETERMINE COUNSEL FOR:

IMEE MARCOS a/k/a
   IMEE MARCOS-MANOTOC
FABIAN VER

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __840__ -- In re Estate of Ferdinand E. Marcos ~~Assets-Dispute~~ Human Rights Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ferdinand E. Marcos | A-1, A-2, A-3, A-4, A-5 |
| Imee Marcos a/k/a Imee Marcos-Manotoc | A-3 |
| Fabian Ver | A-3; A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |